■ In the Matter of CHLOE P. MC. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LAJOHN M., Respondent. DANIELLE P., Nonparty Appellant. [995 NYS2d 517]—

Appeal from an order of the Family Court, Kings County (Ann E. O'Shea, J.), dated August 21, 2013. The order awarded the father supervised visitation with the subject child.

Ordered that the appeal is dismissed, without costs or disbursements.

The mother's appeal from the order dated August 21, 2013, which directed that the father should have visits with the subject child, supervised by a social worker at Comprehensive Family Services, must be dismissed, because the mother consented to such supervised visits. No appeal lies from an order entered on the consent of the appealing party (*see Matter of Nivia L.C. [Shani C.]*, 106 AD3d 996 [2013]; *Matter of Brian R.*, 48 AD3d 576, 577 [2008]; *Matter of Baby Girl M.*, 48 AD3d 569, 569 [2008]; *Matter of Angelique L.*, 42 AD3d 569, 571 [2007]; *Matter of Jerome Marcel T.*, 28 AD3d 780, 781 [2006]). Dillon, J.P., Miller, Maltese and Duffy, JJ., concur.